IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MANETIRONY CLERVRAIN and JEAN RONADO, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STEVEN TROY MARSHALL, *et al.*, | ) ) ) ) |
| Defendants. | ) |

CASE NO. 2:22-CV-188-WKW

## **ORDER**

On December 12, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

DONE this 28th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE